**Order entered August 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

**PATRICK DAUGHERTY AND HIGHLAND EMPLOYEE RETENTION ASSETS, LLC,**
**Appellants/Cross-Appellees**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee/Cross-Appellant**

**V.**

**SIERRA VERDE, LLC, PATRICK BOYCE, WILLIAM L. BRITAIN, AND JAMES DONDERO, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

We **GRANT** appellant/cross-appellee Patrick Daugherty's August 24, 2015 opposed motion for leave to file corrected brief and **ORDER** the corrected brief be filed no later than August 31, 2015.

/s/      CRAIG STODDART
             JUSTICE